# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| ADAM CLOUGH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:21-cv-106-JRG-CRW |
| PLAZA SERVICES, LLC, and BUFFALOE & VALLEJO, PLC, | ) Jury Trial Demanded |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Adam Clough ("Plaintiff"), and his attorney, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby stipulate and agree to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against the Defendants in the above-styled action, and that the above-entitled action against the Defendants shall be and hereby is dismissed with prejudice.

08/09/21         Respectfully submitted,

**ADAM CLOUGH**

s/    Alan C. Lee
Alan C. Lee, BPR #012700
PO Box 1357
Talbott, TN 37877-1357
(423) 581-0924
aleeattorney@gmail.com

Attorney for Plaintiff

-1-

## **CERTIFICATE OF SERVICE**

      I hereby certify that this 9th day of August 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. The parties listed below were served by first-class U.S. mail, postage prepaid, and/or electronic mail.

                                            s/ Alan C. Lee
                                            Alan C. Lee, Attorney for Plaintiff

Plaza Services, LLC and
Buffaloe & Vallejo, PLC
c/o Joel Vallejo
723 S. Main St
Springfield, TN 37172
jvallejo@bsattys.com